1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES FRANKLIN ADAIR,                        No.  2:24-cv-0915 CKD P

12              Plaintiff,

13        v.

14   MACNAUGHT, et al.,                           ORDER AND

15              Defendants.                        FINDINGS AND RECOMMENDATIONS

16

17        On September 3, 2024, plaintiff's complaint was dismissed with leave to amend.  Plaintiff

18   was warned that failure to file an amended complaint within 30 days would result in a

19   recommendation that this action be dismissed.  The amended complaint was due on October 5,

20   2024, and plaintiff has not filed an amended complaint.

21        Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to

22   this action; and

23        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

24   Local Rule 110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
adai0915.fta